## IN THE SUPREME COURT OF PENNSYLVANIA
### WESTERN DISTRICT

| | |
|---|---|
| CRAIG D. MURPHY, | : No. 9 WAP 2019 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered |
| | : January 14, 2019 at No. 316 MD |
| v. | : 2018. |
| | : |
| | : |
| PENNSYLVANIA STATE POLICE, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of October, 2019, the Order of the Commonwealth Court is **AFFIRMED**.